```
 1
 2
 3
 4
 5                      UNITED STATES DISTRICT COURT
 6                     WESTERN DISTRICT OF WASHINGTON
                                 AT TACOMA
 7
   JASON ALAN SMITH,                      CASE NO. C19-6200 BHS
 8
                         Plaintiff,       ORDER DISMISSING
 9        v.                              COMPLAINT WITHOUT
                                          PREJUDICE
10 SARGENT GARRITY,

11                      Defendant.

12
```

13      This matter comes before the Court on the Honorable Theresa L. Fricke's, United

14 States Magistrate Judge, order to show cause, Dkt. 3, and Plaintiff Jason Smith's

15 ("Smith") response, Dkt. 4.

16      On December 13, 2019, Smith filed a motion to proceed *in forma pauperis* and a

17 proposed complaint. Dkts. 1, 1-1. On April 20, 2020, Judge Fricke issued an order to

18 show cause why the complaint should not be dismissed without prejudice because it is

19 duplicative of *Smith v. Bremerton Police Dep't.*, C19-5479-BHS. Dkt. 3. On May 20,

20 2020, Smith responded and informed the Court that he was gathering more information

21 and that he seeks to hold Defendant Sargent Garrity personally liable for the alleged

22 violations of Smith's civil rights. Dkt. 4. Smith, however, fails to respond to the main

1 | issue of a duplicative proceeding.  Therefore, the Court **DISMISSES** the complaint

2 | without prejudice as duplicative.

3 |     **IT IS SO ORDERED**.

4 |     Dated this 10th day of June, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2